JAMES M. NELSON (SBN 116442)
NANCY J. DOIG (SBN 226598)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
nelsonj@gtlaw.com, doign@gtlaw.com

**E-Filed 3/25/2010**

Attorneys for Defendant
Fidelity Employer Services Company LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA A. EDDINGS,<br><br>    Petitioner,<br><br>v.<br><br>JAMES EDDINGS,<br><br>    Respondent.<br><br>JAMES EDDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY EMPLOYER SERVICES COMPANY LLC;<br>AT&T PENSION BENEFIT PLAN,<br><br>    Defendants. | CASE NO. 5:09-CV-05549-JF<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

WHEREAS Fidelity Employer Services Company LLC ("Fidelity") has filed a motion to dismiss the claims James Eddings made against Fidelity.

WHEREAS that motion is currently set for a hearing date of April 16, 2010 at 9 a.m.

WHEREAS a Case Management Conference, which triggers various early discovery-related and ADR-related deadlines, is currently scheduled for April 2, 2010 at 10:30 a.m.

///

1  WHEREAS the parties agree that it would be a more expeditious use of both their and
2  the Court's time to continue the Case Management Conference to a date after the hearing on the
3  Motion to Dismiss so that if dismissal is successful, the parties will not need to expend time
4  and money on exercises that would be rendered moot by the dismissal.

5  THEREFORE IT IS STIPULATED AND AGREED among the parties that the Case
6  Management Conference ("CMC") currently set for April 2, 2010 shall be continued to May
7  14, 2010 at 10:30 a.m. before the Honorable Jeremy Fogel in Courtroom #3, Fifth Floor, of the
8  U.S. Courthouse, 280 South First Street, San Jose, California. Revised deadlines based on the
9  date of the CMC are as follows:

| Date | Event |
| --- | --- |
| April 23, 2010 | Last day to: <br><br> Meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; <br><br> File ADR certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov); and <br><br> File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://cand.uscourts.gov). |
| May 7, 2010 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |
| May 14, 200 | Initial Case Management Conference in Courtroom 3, Fifth Floor, SJ at 10:30 a.m. |

Dated: March 12, 2010          By:   Bertrand Fox & Elliot

                                     _____
                                     Gregory M. Fox
                                     *Attorney for James Eddings*

Signatures continued on next page.

| | | |
|---|---|---|
| 1 | Dated: March _12_, 2010 | By:  Law Offices of Billie C. French |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| | | Billie C. French |
| 5 | | *Attorney for Julia Eddings* |
| 6 | Dated: March _15_, 2010 | By:  GREENBERG TRAURIG, LLP |
| 7 | | |
| 8 | | _____ |
| | | James M. Nelson |
| | | Nancy J. Doig |
| 9 | | *Attorneys for Fidelity Employer Services Company LLC* |
| 10 | | |
| 11 | | By:  AT&T SERVICES, INC. |
| 12 | Dated: March ___, 2010 | - LEGAL DEPARTMENT |
| 13 | | |
| 14 | | _____ |
| | | John H. Curley |
| 15 | | Attorney for AT&T Pension Benefit Plan |
| 16 | | |
| 17 | IT IS SO ORDERED: | |
| 18 | | |
| 19 | Dated: March ___, 2010 | _____ |
| | | Honorable Jeremy Fogel |

| | | |
|---|---|---|
| 1 | Dated: March ___, 2010 | By: Law Offices of Billie C. French |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | _____<br>Billie C. French<br>*Attorney for Julia Eddings* |
| 6 | Dated: March ___, 2010 | By: GREENBERG TRAURIG, LLP |
| 7 | | |
| 8 | | _____<br>James M. Nelson<br>Nancy J. Doig<br>*Attorneys for Fidelity Employer Services Company LLC* |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dated: March ___, 2010 | By: AT&T SERVICES, INC.<br>     - LEGAL DEPARTMENT |
| 13 | | |
| 14 | | _____<br>John H. Curley<br>*Attorney for AT&T Pension Benefit Plan* |
| 15 | | |
| 16 | | |
| 17 | IT IS SO ORDERED: | |
| 18 | | |
| 19 | Dated: March 25, 2010 | _____<br>Honorable Jeremy Fogel |

SAC 441,614,452 v1 048193.010300

3

Case No. 5:09-CV-05549-JF
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE AND ADR DEADLINES