\*\*E-Filed 3/25/2010\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AGAMATRIX, INC.,<br><br>　　　　　　Defendant. | Case Number C 06-7268 JF (PVT)<br><br>ORDER TO SHOW CAUSE |

There have been no substantive filings in this case for well over one year. Plaintiffs are hereby ordered to appear on April 23, 2010, at 10:30 a.m., and show cause why the case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: March 25, 2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-7268 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)