Robert J. Pitman, State Bar No. 43039
SEGRETTI & PITMAN
21 W. Alisal St., Suite 100
Salinas, CA 93901
Tel: 831.422.9606
Fax: 831.422.0209
Email: robertpitman@comcast.net

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Plaintiff/Respondent
JAMES EDDINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA A. EDDINGS,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES EDDINGS,<br><br>    Respondent. | Case No.: C09-5549 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DEADLINE FOR AMENDED COMPLAINT** |
| JAMES EDDINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY EMPLOYER SERVICES CO. LLC;<br>AT&T PENSION BENEFIT PLAN,<br><br>    Defendants. | |

After the hearing on defendants FIDELITY EMPLOYER SERVICE CO. LLC and AT&T PENSION BENEFIT PLAN'S motion to dismiss, the Court issued its April 19, 2010 Order granting defendants' motions, but permitting an amended complaint to be filed within thirty (30) days of the

1

date defendants provided plaintiff with a copy of the AT&T Pension Benefit Plans as they existed in 1992 and 2009. These were provided by mail to plaintiff by AT&T's counsel John Curley on May 3, 2010 and all counsel agreed at that time that any amended complaint was to be e-filed by June 7, 2010.

Within the past two weeks, co-counsel for plaintiff Robert Pittman has had to undergo surgery and has been unavailable. Plaintiff's counsel also intends to associate another attorney with experience in ERISA matters. Given these considerations, plaintiff's counsel Gregory M. Fox has requested, and all other counsel have consented to, a three week extension in which to file an amended complaint, to and including June 28, 2010.

SO STIPULATED.

Dated: June 2, 2010				BERTRAND, FOX & ELLIOT

							By: _____/s/_____
							    Gregory M. Fox
							    Attorneys for Respondent/Plaintiff
							    JAMES EDDINGS

Dated: June 2, 2010				GREENBERG TRAURIG, LLP

							By: _____/s/_____
							    James M. Nelson
							    Attorneys for Defendant
							    FIDELITY EMPLOYER SERVICES CO. LLC

Dated: June 2, 2010				AT&T SERVICES, INC. – LEGAL DEPARTMENT

							By: _____/s/_____
							    John H. Curley, Esq.
							    Attorneys for Defendant
							    AT&T PENSION BENEFIT PLAN

Dated: June 2, 2010

By: _____/s/_____
Billie Chrystine French
Attorney for Petitioner JULIA EDDINGS

**ORDER**

Good cause therefor appearing, the Court extends its deadline to efile an amended complaint by plaintiff JAMES EDDINGS to June 28, 2010.

IT IS SO ORDERED.

Dated: June 7 , 2010     _____
Honorable Jeremy Fogel

STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DEADLINE FOR AMENDED COMPLAINT