| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JAMES M. NELSON (SBN 116442)<br>NANCY J. DOIG (SBN 226598)<br>GREENBERG TAURIG, LLP<br>1201 K Street, Suite 1100<br>Sacramento, California 95814<br>Telephone: (916) 442-1111<br>Facsimile: (916) 448-1709<br>nelsonj@gtlaw.com, doign@gtlaw.com<br><br>Attorneys for Defendant<br>Fidelity Employer Services Company LLC |

\*\*E-Filed 7/15/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA A. EDDINGS,<br><br>    Petitioner,<br><br>v.<br><br>JAMES EDDINGS,<br><br>    Respondent. | CASE NO. 5:09-CV-05549-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE FILING<br>DEADLINE FOR ANSWER TO<br>AMENDED COMPLAINT<br><br><br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |
| JAMES EDDINGS,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T; AT&T PENSION BENEFIT PLAN;<br>FIDELITY EMPLOYMENT SERVICES<br>COMPANY; FIDELITY INVESTMENTS;<br>AND DOES 1 THROUGH 30<br><br>    Defendants. | |

IT IS HEREBY STIPULATED by and between James Eddings, Julia A. Eddings, Fidelity Employer Services Company LLC, and AT&T Pension Benefit Plan by and through their respective counsel that Fidelity Employer Services Company LLC and AT&T Pension

///

///

///

*SAC 441,614,452 v1 048193.010300*     1     Case No. 5:09-CV-05549-JF

1  Benefit Plan shall have until July 29, 2010 to file and serve answers to the Amended
2  Complaint.
3
4  Dated: July 14, 2010          By:     Bertrand Fox & Elliot

                                        /s/ Gregory M. Fox (as authorized on July 14, 2010)
                                        Gregory M. Fox (California State Bar No. 070876)
                                        *Attorney for James Eddings*

   Dated: July 14, 2010          By:     Law Offices of Billie C. French

                                        /s/ Billie C. French (as authorized on July 14, 2009)
                                        Billie C. French (California State Bar No. 119409)
                                        *Attorney for Julia Eddings*

   Dated: July 14, 2010          By:     GREENBERG TRAURIG, LLP

                                        /s/ Nancy J. Doig
                                        James M. Nelson (California State Bar No. 116442)
                                        Nancy J. Doig (California State Bar No. 226593)
                                        *Attorneys for Fidelity Employer Services
                                        Company LLC*

   Dated: July 14, 2010          By:     THE MILLER LAW GROUP
                                        111 Sutter Street, Suite 700
                                        San Francisco, CA 94104
                                        Telephone: (415) 464 4300
                                        Facsimile: (415) 464 4336
                                        lch@millerlawgroup.com


                                        /s/ Lisa C. Hamaski (as authorized on July 13, 2010)
                                        Lisa C. Hamasaki (California State Bar No. 197628)
                                        Jennifer A. Shy (California State Bar No. 131074)
                                        *Attorneys for AT&T Pension Benefit Plan*

1     IT IS SO ORDERED: That Defendants Fidelity Employer Services Company LLC and
2 AT&T Pension Benefit Plan shall have until July 29, 2010 to file and serve answers to the
3 Amended Complaint.

4 Dated: July __15__, 2010

5                                                           Honorable Jeremy Fogel