UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA A. EDDINGS,<br><br>    Petitioner,<br><br> v.<br><br>JAMES EDDINGS,<br><br>    Respondent. | Case No.: 09-CV-05549-LHK |
| JAMES EDDINGS,<br><br>    Plaintiff,<br><br> v.<br><br>FIDELITY EMPLOYER SERVICES COMPANY LLC; AT&T PENSION BENEFIT PLAN,<br><br>    Defendants. | ORDER DENYING PARTIES' REQUEST FOR EXTENSION OF DEADLINE WITHOUT PREJUDICE |

On September 22, 2010, the Court held an initial Case Management Conference in this matter. No schedule was set at this time. In the subsequent Case Management Order, the Court ordered the parties to submit a proposed case schedule by December 13, 2010 and set a further Case Management Conference for December 20, 2010. In addition, the Court ordered that the Defendants respond to the Plaintiff's settlement offer by October 12, 2010.

On December 9, 2010, the parties filed a stipulation seeking a continuation of the December 20, 2010 Case Management Conference for 45 days, until February 2, 2011. The parties state that they "are endeavoring to finalize the terms and agreement in support of a global settlement of the case . . . .".

Case No.: 09-CV-05549-LHK
ORDER DENYING REQUEST FOR EXTENSION OF DEADLINE WITHOUT PREJUDICE

The parties must provide some additional information before the Court can grant this request. The parties must explain why the Court should set a new deadline for the filing of a Joint Case Management Statement and schedule a new Case Management Conference if the settlement is nearly finalized, and why the parties need until February 2, 2011 to finalize any settlement agreement. Until this information is received, the Court DENIES the request to postpone the Case Management Conference.

Should the parties reach a settlement and stipulate to dismissal with prejudice of all claims, the Court will close the case and terminate all deadlines, including the December 20, 2011 Case Management Conference.

**IT IS SO ORDERED.**

Dated: December 13, 2010

LUCY H. KOH
United States District Judge

Case No.: 09-CV-05549-LHK
ORDER DENYING REQUEST FOR EXTENSION OF DEADLINE WITHOUT PREJUDICE