Katherine L. Kettler (SBN 231586)
 *klk@millerlawgroup.com*
Jennifer A. Shy (SBN 131074)
 *jas@millerlawgroup.com*
Molly Agarwal (SBN 247545)
 *ma@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel: (415) 464-4300
Fax: (415) 464-4336

Attorneys for Defendant
AT&T PENSION BENEFIT PLAN

James M. Nelson, Esq. (SBN 116442)
 *nelsonj@gtlaw.com*
Nancy J. Doig, Esq. (SBN 226593)
 *doign@gtlaw.com*
Greenberg Traurig, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916) 448-1709

Attorneys for Defendant
FIDELITY EMPLOYER SERVICES COMPANY LLC

Gregory M. Fox, Esq. (SBN 070876)
 *gfox@bfesf.com*
Bertrand, Fox & Elliot
2749 Hyde Street
San Francisco, CA 94109
Tel: (415) 353-0999
Fax: (415) 353-0990

Attorneys for Plaintiff/Respondent
JAMES EDDINGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JULIA A. EDDINGS,<br><br>    Petitioner,<br><br>v.<br><br>JAMES EDDINGS,<br><br>    Respondent. | Case No.: 5:09-CV-05549-LHK<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER, AS MODIFIED** |

| | |
|---|---|
| 1 | JAMES EDDINGS, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | AT&T, AT&T PENSON BENEFIT PLAN; FIDELITY EMPLOYMENT SERVICES |
| 5 | COMPANY, FIDELITY INVESTMENTS, and DOES 1 through 30; |
| 6 | |
| 7 | Defendants. |

The parties, by and through their respective counsel of record, hereby stipulate to dismiss this entire action with prejudice. Each party is to bear its own costs and fees.

The Clerk shall close the file. All deadlines, including the Further Case Management Conference set for this Friday, January 21, 2011, are hereby VACATED.

Dated: January 14, 2011	MILLER LAW GROUP
	A Professional Corporation

	By: /s/
	KATHERINE L. KETTLER
	Attorneys for Defendant
	AT&T PENSION BENEFIT PLAN

Dated: January 14, 2011	BERTRAND, FOX & ELLIOT

	By: /s/
	GREGORY M. FOX
	Attorneys for Plaintiff/Respondent
	JAMES EDDINGS

Dated: January 14, 2011	GREENBERG TRAURIG, LLP

	By: /s/

JAMES M. NELSON
Attorneys for Defendant
FIDELITY EMPLOYER SERVICES COMPANY

**IT IS SO ORDERED**

Dated: __January 18, 2011_____  _____
The Honorable Lucy H. Koh
United States District Court Judge